## McCONNELL v. SECURITY STATE BANK *et al.*

No. 3062.    Opinion Filed December 3, 1912.

(128 Pac. 683.)

**APPEAL AND ERROR**—Dismissal—Service of Summons.  A petition in error will be dismissed on motion, even though the same is filed in this court within the time allowed under the statute, where no waiver of issuance and service of summons in error is had, and no praecipe for same is filed, and no summons issued or general appearance made within such time.

(Syllabus by the Court.)

McConnell v. Security State Bank et al.

*Error from District Court, Woods County;*
*R. H. Loofbourrow, Judge.*

Action between R. N. McConnell and the Security State Bank and others. From the judgment, McConnell brings error. Dismissed.

*Chas. H. Garnett* and *Ernest Chambers,* for plaintiff in error.

*Appleget & Herod,* for defendants in error.

HAYES, J. Judgment was rendered in this cause on the 8th day of July, 1910. On the 4th day of January, 1911, plaintiff in error filed his motion to vacate the judgment and decree, which motion was on the 4th day of January, 1911, overruled. Petition in error and case-made were filed in this court on September 20, 1911. No waiver of issuance and service of summons in error and no præcipe for same has been filed, and no summons issued or general appearance made up to this date. Defendants in error have moved to dismiss the appeal, for the reason that no summons in error has been issued, served, or waived, and that no præcipe therefor has been filed within the time required by law.

The motion is well taken; and upon the authority of *City of Lawton v. Connor,* 25 Okla. 398, 106 Pac. 647, *Chicago, R. I. & P. Ry. Co. v. Bradham,* 24 Okla. 250, 103 Pac. 591, and *McMurtry v. Byrd et al.,* 23 Okla. 597, 101 Pac. 1117, the appeal is dismissed.

All the Justices concur.